UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEAN WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>GAVIN NEWSOM,<br><br>Respondent. | No.  2:24-cv-00528-EFB (PC)<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district; and

3. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: October 21, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1