UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DEAN WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>GAVIN NEWSOM,<br><br>    Respondent. | No. 2:24-cv-00528-TLN-EFB (HC)<br><br>**ORDER** |

Petitioner Ricky Dean Williams ("Petitioner"), a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2025, the magistrate judge filed findings and recommendations, which were served on Petitioner and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  This deadline has passed, and Petitioner has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 6) are ADOPTED in full;
2. The petition is DISMISSED without prejudice;
3. The Clerk of Court is directed to terminate all pending motions and CLOSE the case; and
4. The Court DECLINES to issue a certificate of appealability.

DATED: March 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2